# EXHIBIT B

 

Scan or visit verify.add123.com to verify

Verification Code: MMSA51E

# Mississippi Vehicle Record

Retrieved On: Tue November 20, 2018 04:18:16 PM EST
Reference ID: 551284

### Registration Data | Vehicle Data | Title Data

**Tag:** HZF101
**Issue Date:** 08/11/2016
**Exp. Date:** 06/30/2018

**VIN:** 1N4AL2AP8CC225004
**Year:** 2012
**Make:** NISS
**Model:** ATS
**Trim:** S*
**Body:** 4D Sedan*
**GWV:** 0
**Curb Weight:** 3,192*
**Cylinders:** 4
**New/Used:** USED

**Title:** H748613
**Odo Read:** 84235
**Purchase Date:** 06/08/2016

### Vehicle Interests

| | | |
|---|---|---|
| **PRIMARY OWNER 1** | MCGEE CHERYL D<br>379 WOODCLIFF DR<br>JACKSON, MS 39212 | |
| **Lienholder 1** | TRACIR FINANCIAL SERVICES<br>1080 RIVER OAKS DR STE B100<br>FLOWOOD, MS 39232 | **Lien Date:** 06/08/2016 |

(DPPA 3) Verify information submitted by individual; if info not correct, to obtain correct info to prevent fraud, pursue legal remedies against or recovery of debt.

This information is provided by the State of Mississippi. Auto Data Direct, Inc. is an authorized provider of real-time Mississippi motor vehicle data. Auto Data Direct, Inc. is not responsible for the unauthorized use of the information provided from the State of Mississippi database.

This Motor Vehicle Record is extracted directly from the State or Jurisdiction's official Motor Vehicle Records database, in real time. The authenticity of these records may be authenticated in real time using the ADD on-line authorization system.

Personal information (including, but not limited to: name, address, date of birth, DL number) appearing on driver and vehicle records is protected by the Driver Privacy Protection Act (DPPA). The use of personal information for reasons not allowed by the DPPA will result in loss of information access privileges and may result in legal action.

**Any person who knowingly discloses any information in violation of the Driver Privacy Protection Act (DPPA) may be subject to criminal sanctions and civil liability specified in law for unauthorized use of the data.**

* Field information provided by Auto Data Direct, Inc.